IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **MATT A. DAVIS,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil No. **06-336-WDS** |
| **MADISON COUNTY, ILLINOIS, et al.,** | ) ) ) |
| Defendants. | ) |

### ORDER

**PROUD, Magistrate Judge:**

This matter is before the court for purposes of docket control.

On April 2, 2007, plaintiff filed an amended complaint at **Doc. 20.** Pursuant to Fed.R.Civ.P. 15(a), he had a right to do so without leave of court as responsive pleadings have not yet been served.

The amended complaint names some new defendants. If he has not already done so, plaintiff must submit a Form USM-285 for each new defendant named in the amended complaint. Service will not be made on a defendant until plaintiff submits a properly completed USM-285 form for that defendant. With regard to the newly named defendants, process in this case shall consist of the amended complaint **(Doc. 20)**, applicable forms 1A and 1B, and the court's order on preliminary review **(Doc. 10)**, and this order.

The court notes that defendants Hollenbeck, Gulash, Hertz, and Madison County have returned executed waivers of summons. Those defendants are granted additional time, up to and including **June 1, 2007**, in which to respond to the amended complaint.

**IT IS SO ORDERED.**

**DATE: May 17, 2007.**     s/ Clifford J. Proud
                            **CLIFFORD J. PROUD**
                            **UNITED STATES MAGISTRATE JUDGE**