IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **MATT A. DAVIS,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | Civil No. **06-336-WDS** |
| ) | |
| **COUNTY OF MADISON, ILLINOIS, et al.,** ) | |
| ) | |
| Defendants. ) | |

## ORDER

**PROUD, Magistrate Judge:**

Before the Court is plaintiff's motion for leave to file a second amended complaint. **(Doc. 67).** Plaintiff wants to change certain dates that were misstated in the amended complaint, and to address deficiencies raised by the defendants.

**IT IS HEREBY ORDERED** that the subject motion **(Doc. 67)** is **GRANTED**; the Clerk of Court shall file the second amended complaint on plaintiff's behalf.

**IT IS FURTHER ORDERED** that all pending motions related to the first amended complaint **(Docs. 25, 56, 57 and 58)** are hereby rendered **MOOT**.

**IT IS SO ORDERED.**

DATED: October 30, 2007

                                                  **s/ Clifford J. Proud**
                                                  **CLIFFORD J. PROUD**
                                                  **U. S. MAGISTRATE JUDGE**